Rinard Banking Company, appellee, v. H. J. Cunningham et al., appellants.

Opinion filed September 19, 1932.

Donovan D. McCarty, for appellants. Smith & Smith and Creighton & Thomas, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

John Mann, appellant, v. Seretta Mann, appellee.

Opinion filed September 19, 1932.

Virgil W. Mills, for appellant. Creighton & Thomas, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Henry Huff, plaintiff in error.

Opinion filed September 19, 1932.

F. M. Guinn, for plaintiff in error. J. H. Allio, State's Attorney, for defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

Amma Raybourn, appellee, v. Marion Building & Loan Association, appellant.

Opinion filed September 19, 1932. Rehearing denied October 24, 1932.

Denison & Spiller and Ferrell & Hay, for appellant. Conger & Elliott, for appellee.

Mr. Justice Edwards delivered the opinion of the court.